UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| DANNY SEARLES, by his mother, <br> and next friend Susan Searles, <br> SUSAN SEARLES, and <br> GLEN SEARLES, <br>       Plaintiff, <br><br> v. <br><br> DEBORAH STONE <br> PHYLLIS JEWETT, and <br> GROTON-DUNSTABLE REGIONAL <br> SCHOOL DISTRICT <br>       Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**05** ) **1 1 8 1 5 MLW**
               C.A. No.

## NOTICE OF APPEARANCE

TO:    THE CLERK OF THE COURT
       UNITED STATES DISTRICT COURT
       ONE COURTHOUSE WAY
       BOSTON, MA 02110

Please enter my appearance as counsel of record for defendants, Deborah Stone, Phyllis

Jewett and Groton-Dunstable Regional School District.

                        Respectfully submitted,

                        The Defendants,
                        Deborah Stone, Phyllis Jewett and
                        Groton-Dunstable Regional School District,
                        By its attorneys,

                        PIERCE, DAVIS & PERRITANO, LLP

                        David C. Hunter, BBO#647686
                        John J. Davis, BBO# 115896
                        Ten Winthrop Square
                        Boston, MA 02110
                        (617) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record by mail.

David C. Hunter, Esq.