UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANNY SEARLES, by his mother and next friend Susan Searles, SUSAN SEARLES, and GLENN SEARLES,<br>  Plaintiffs,<br><br>vs.<br><br>DEBORAH STONE, PHYLLIS JEWETT, and GROTON-DUNSTABLE REGIONAL SCHOOL DISTRICT,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-11815-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**RULE 16.1(D)(3) CERTIFICATE**

    I hereby certify that I have conferred with plaintiffs Susan Searles and Glenn Searles concerning the establishment of a budget for the above-captioned litigation and the use of alternative dispute resolution programs.

                                          s/ Jeffrey N. Roy
                                          Jeffrey N. Roy
                                          RAVECH & ROY, P.C.
                                          One Exeter Plaza
                                          699 Boylston Street
                                          Boston, MA 02116
                                          (617) 303-0500
                                          BBO # 548618

s/ Susan Searles                            s/ Glenn Searles
Susan Searles                                 Glenn Searles

DATED: May 23, 2006