UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN SEARLES et al
       Plaintiff(s)

  v.                      CIVIL ACTION
                              NO.  05-11815

DEBORAH STONE et al
       Defendant(s)

SCHEDULING ORDER

WOLF, D.J.

     This case is governed procedurally by the 1992 Amendments to the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), which implement the District's Civil Justice Expense and Delay Reduction Plan. Counsel must, therefore, comply with the relevant Local Rules in the litigation of this case.

     It is hereby ORDERED pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16(f) that:

[X] 1.  The parties shall by JUNE 2, 2006 make the automatic document disclosure required by Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1

[X] 2.  The parties shall by JUNE 2, 2006 make the disclosure authorized by Local Rule 26.1(B)(1) and (2).

[X] 3.  Discovery shall initially be limited to the issue(s) of the taking of Deborah Stone's deposition , and shall be complete by JUNE 30, 2006 .

[X] 4.  Counsel for the parties shall meet at least once to explore the possibility of settlement and report to the court by AUGUST 31, 2006 the status and prospects for settlement.

     If the case is not settled, the parties shall by AUGUST 31, 2006 , file a proposed schedule for the remainder of the case.

[X]  5.  This case is hereby referred to Magistrate Judge Sorokin for mediation.

All provisions and deadlines contained in this Order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery.
    Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the Court or upon the request of counsel.


                                    By the Court,
                                    DENNIS P. O'LEARY


May 31, 2006                        /s/ Dennis O'Leary
Date                                Deputy Clerk