UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Danny Searles, et al.__
        **Plaintiffs**

        **V.**                **CIVIL CASE NO. 05-11815-MLW**

__Deborah Stone, et al.__
        **Defendants**

### NOTICE AND ORDER

__Bowler, U.S.M.J.__

PLEASE TAKE NOTICE that the above-entitled case has been set for __a Mediation Hearing__ on __August 1, 2006__ at __10:00__ A.M. before Magistrate Judge __Marianne B. Bowler__ in Courtroom # __25__.

All parties with binding authority are REQUIRED to attend, leave of Court is needed for any exceptions. All CONFIDENTIAL mediation briefs are REQUIRED to be SUBMITTED to the court VIA FACSIMILE at (617) 204-5833 TWO BUSINESS DAYS PRIOR to the hearing.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

__6/15/2006__                              By:    __/s/ Marc K. Duffy__
   Date                                                  Deputy Clerk

(ADR NOTICE (Searles).wpd - 3/7/2005)