**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Danny Searles, et al.  </u>
          Plaintiff

          V.

<u>  Deborah Stone, et al.  </u>
          Defendant

CIVIL ACTION
NO. <u>  05-11815-MLW  </u>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF JUDGE <u>  Wolf  </u>

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On <u>  8/1/2006  </u> I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
    ___X___ MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were not present in person, but by an authorized officer. [except_____].
The case was:

[X]  Settled. Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[X]  Suggested strategy to facilitate settlement: THE STRUCTURE OF THIS SETTLEMENT STILL REQUIRES APPROVAL OF THE COURT WITH REGARD TO MINOR CHILD. HEARING FOR APPROVAL OF FINAL SETTLEMENT HAS BEEN SCHEDULED FOR 8/15/2006 at 2:15 PM.

<u>      8/1/2006      </u>
        DATE

<u>    Marianne B. Bowler, USMJ    </u>
        ADR Provider

(ADR Report (Searles2).wpd - 4/12/2000)                                                [adrrpt.]