UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANNY SEARLES et al,           )
       Plaintiff(s)           )
                                       )
v.                                           )    C.A. No.  05-11815-MLW
                                       )
DEBORAH STONE et al,          )
       Defendant(s)          )

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on August 1, 2006 by Magistrate Judge Bowler that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                            By the Court:
                                            Sarah A. Thornton, Clerk

August 2, 2006                                   /s/Dennis O'Leary
Date                                                    Deputy Clerk