UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANNY SEARLES, et al,
        Plaintiff,

v.                                CIVIL ACTION
                                  NO.   05-11815-MBB

DEBORAH STONE, et al,
        Defendant.

## FINAL JUDGMENT

AUGUST 21, 2006

**BOWLER, U.S.M.J.**

In accordance with the Motion for Settlement, it is hereby **ORDERED** and **ADJUDGED** that this action be DISMISSED with prejudice and without costs.

                                                /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge