UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

DANNY SEARLES, by his mother, )
and next friend Susan Searles, SUSAN )
SEARLES, and GLENN SEARLES, )
        Plaintiffs, )
)
v. )   CIVIL CASE NO. 05-11815-MLW
)
DEBORAH STONE, PHYLLIS JEWETT, )
and GROTON-DUNSTABLE REGIONAL )
SCHOOL DISTRICT, )
        Defendants. )

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action shall be dismissed with prejudice and without costs, waiving all rights of appeal.

| | |
|---|---|
| The Plaintiffs, | The Defendants, |
| DANNY SEARLES, by his mother and next friend, Susan Searles, SUSAN SEARLES, and GLENN SEARLES, | DEBORAH STONE, PHYLLIS JEWETT, and GROTON-DUNSTABLE REGIONAL SCHOOL DISTRICT, |
| By their attorneys: | By their attorneys: |
| Jeffrey N. Roy, BBO #548618 | John J. Davis, BBO #115890 |
| RAVECH & ROY, P.C. | David C. Hunter, BBO#647686 |
| One Exeter Plaza | PIERCE, DAVIS & PERRITANO, LLP |
| 699 Boylston Street | Ten Winthrop Square |
| Boston, MA 02116 | Boston, MA 02110 |
| (617) 303-0500 | (617) 350-0950 |

Dated: August 22, 2006